JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDACE DREW, | No. 2:18-cv-08462-RGK-SK |
| Plaintiff(s), | |
| vs. | **ORDER** |
| VERIZON WIRELESS SERVICES, LLC, et al. | |
| Defendant(s). | |

Based on the parties' stipulation to proceed by way of binding arbitration, IT IS HEREBY ORDERED that this action be removed from the active caseload without prejudice to reopen the matter to enforce the arbitration.

DATED: March 20, 2019

_____
R. GARY KLAUSNER
**UNITED STATES DISTRICT JUDGE**